NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TONYA L. RANDLEMAN,**
*Plaintiff-Appellant*

**v.**

**FIRELANDS HABITAT FOR HUMANITY, INC.,**
*Defendant-Appellee*

---

2024-1813

---

Appeal from the United States District Court for the Northern District of Ohio in No. 3:24-cv-00760-JJH, Judge Jeffrey J. Helmick.

---

Before PROST, TARANTO, and HUGHES, *Circuit Judges.*

PER CURIAM.

## O R D E R

The court considers the parties' responses to the May 23, 2024 order to show cause.

Firelands Habitat for Humanity filed a foreclosure action against Ms. Randleman in a state court in Ohio. Ms. Randleman removed the action to the United States District Court for the Northern District of Ohio, but that court later issued an order remanding the case to state court, explaining the court "lacks original jurisdiction over the

foreclosure action" because "[t]he foreclosure action filed by Firelands Habitat for Humanity in state court was based on state law" and Ms. Randleman's "[f]ederal counterclaims and defenses are inadequate to confer federal jurisdiction." ECF No. 1-2 at 9–10 (citation omitted).

Our jurisdiction to review decisions of federal district courts generally extends only to cases arising under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see* 28 U.S.C. § 1295(a)(4)(C); or cases involving certain damages claims against the United States "not exceeding $10,000 in amount," 28 U.S.C. § 1346(a)(2); *see also* 28 U.S.C. § 1295(a)(2); 28 U.S.C. § 1292(c)(1). This case is outside of that limited subject matter jurisdiction.

Though Firelands Habitat for Humanity urges dismissal, we deem it the better course to transfer pursuant to 28 U.S.C. § 1631 to the United States Court of Appeals for the Sixth Circuit, which can address Firelands Habitat for Humanity's contentions regarding delay and whether appellate review is precluded under 28 U.S.C. § 1447(d).

Accordingly,

IT IS ORDERED THAT:

This appeal and all its filings are transferred to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. 1631.

FOR THE COURT

July 22, 2024
Date

Jarrett B. Perlow
Clerk of Court